# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MINUTES - Status Conference

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES** |
| | ) | BEFORE: Donovan W. Frank |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No:          CR 09-349 (1 & 2) DWF/SRN |
| | ) | Date:              June 30, 2010 |
| Joseph Finney (1), Mark Sutton (2), | ) | Court Reporter:   Jeanne Anderson |
| | ) | Time Commenced:  2:05 p.m. |
| Defendants. | ) | Time Concluded:   2:30 p.m. |
| | | Time in Court:     25 Minutes |

## APPEARANCES:

Plaintiff:       Robert Lewis, Assistant U.S. Attorney
Defendant(s):   Cliffard Barnard for Joseph Finney   ☒ Retained
                William Orth for Mark Sutton        ☒ Retained

## MINUTES:

Defendant Sutton's motion for a continuance of the trial date was discussed.  A trial date of October 4, 2010 was set; written order forthcoming.

   s/B. Schaffer   
Signature of Calendar Clerk
