IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 09-cr-00349(01)-DWF/SRN |
| v. | |
| JOSEPH L. FINNEY (01), | DEFENDANT FINNEY'S OPPOSITION TO GOVERNMENT'S MOTION FOR REVOCATION OF PRETRIAL RELEASE (Doc. # 77) |
| Defendant. | |

THE DEFENDANT, JOSEPH L. FINNEY, by and through his attorney, Clifford J. Barnard, hereby opposes the government's *Motion for Revocation of Pretrial Release* (Doc. # 77) and enters a general denial to the allegations set forth in the government's motion.

WHEREFORE, Mr. Finney requests that this Court deny the government's motion to revoke his pretrial release.

DATED this 2nd day of July, 2010.

Respectfully submitted,

*s/Clifford J. Barnard*

Clifford J. Barnard
Attorney for Defendant Finney
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: (303) 546-7947
Telephone: (303) 449-2543
Facsimile: (303) 444-6349
Email: cliffbarnard@earthlink.net