# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>v.<br><br>Joseph L. Finney (01), and<br><br>　　　　　　　　Defendants. | **COURT MINUTES - CRIMINAL**<br>BEFORE: Susan Richard Nelson<br>U.S. Magistrate Judge<br><br>Case No:　　　CR-09-349 DWF/SRN<br>Date:　　　　July 6, 2010<br>Court Reporter:　Lorilee Fink<br>Time Commenced:　11:02 a.m.<br>Time Concluded:　11:54 a.m.<br>Time in Court:　52 minutes |

**APPEARANCES:**

　Plaintiff:　　Robert Lewis

　Defendant Finney:　　Clifford Barnard and Kevin O'Brien　☐ FPD　　☐ CJA　☒ Retained　☐ Appointed

Interpreter / Language:　none

Government's Motion for Revocation of Pretrial Release was submitted, argued, and **GRANTED** as set forth in forthcoming order.

☒ ORDER TO BE ISSUED　　☐ NO ORDER TO BE ISSUED　　☐ R&R TO BE ISSUED　　☐ NO R&R TO BE ISSUED

☒ Exhibits retained by the Court UNDER SEAL　　☐ Exhibits returned to counsel　☐ Bond continued　　☒ Remanded into custody of USM

　　　　　　　　　　　　　　　　　　　　　　　　　　s/　Jessica Clay
　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Law Clerk