```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
              Crim. File No. 09-349 (01) (DWF/SRN)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH L. FINNEY, | ) | |
| | ) | |
| Defendant. | ) | |

In the hearing on July 6, 2010, the United States offered into evidence Government Exhibits 1-3 which contain personal identifiers and financial information relating to potential witnesses and/or victims in this matter. For these reasons and with no objection from the defendant, the government's motion that said exhibits be received under seal is GRANTED.

Government Exhibits 1-3 shall be maintained UNDER SEAL pending further order of this Court.

Dated: July 7, 2010

                                               s/ Susan Richard Nelson
                                               SUSAN RICHARD NELSON
                                               United States Magistrate Judge