**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CRIMINAL MINUTES - Status Conference**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES** |
| | ) | BEFORE: Donovan W. Frank |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No:  CR 09-349 (1 & 2) DWF/SRN |
| | ) | Date:  September 8, 2010 |
| Joseph Finney (1), Mark Sutton (2), | ) | Court Reporter:  Jeanne Anderson |
| | ) | Time Commenced:  1:32 p.m. |
| Defendants. | ) | Time Concluded:  2:12 p.m. |
| | | Time in Court:  40 Minutes |

**APPEARANCES:**

Plaintiff:       Robert Lewis, Assistant U.S. Attorney
Defendant(s):   Cliffard Barnard and Kevin O'Brien for Joseph Finney   ☒ Retained
                William Orth for Mark Sutton        ☒ Retained

**MINUTES:**

Trial management issues were discussed.  Pretrial is set for Tuesday, September 28, 2010.  Trial commences on October 4, 2010.

                                                                              s/B. Schaffer
                                                                     Signature of Calendar Clerk