# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: CR 09-349(1) DWF/SRN |
| Joseph L. Finney, Defendant. | Date: September 24, 2010 |
| | Court Reporter: Jeanne Anderson |
| | Time Commenced: 9:21 a.m. |
| | Time Concluded: 10:15 a.m. |
| | Time in Court: 54 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Robert Lewis
    For Defendant:    Clifford Barnard   ☒ Retained

PROCEEDINGS:

    ☐ **Arraignment** on ☐ Information, ☐ Indictment
    ☒ **Change of Plea Hearing.**
    ☐ **Initial Appearance.**
    ☐ Indictment waived.
    ☐ Defendant withdraws plea of as to Count(s):

    ☒ PLEA:
        ☒ Guilty as to Counts: 1 & 2 of the Indictment.
        ☐ "Nolo Contendere" as to Count(s):
        ☐ Defendant admits allegations in the Information.

    ☒ Presentence Investigation and Report requested.
    ☐ Bond continued.
    ☐ **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
    ☒ Defendant remanded to the custody of the U.S. Marshal.

                                                                                          s/B. Schaffer
                                                                                        Calendar Clerk